CLOSED

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CIVIL DOCKET FOR CASE #: 2:07-cv-10971-BAF-RSW
# Internal Use Only

| | |
|---|---|
| Dahm v. LG Philips LCD Company, Limited et al | Date Filed: 03/06/2007 |
| Assigned to: Honorable Bernard A Friedman | Date Terminated: 06/04/2007 |
| Referred to: Honorable R. Steven Whalen | Jury Demand: Plaintiff |
| Cause: No cause code entered | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Colette M. Dahm**     represented by     **Jason J. Thompson**
26000 W. 12 Mile Road
Southfield, MI 48034
248-436-8448
Email: jthompson@jta-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Company, Limited**

**Defendant**

**LG Philips LCD America, Incorporated**

**Defendant**

**LG Electronics Incorporated**

**Defendant**

**Royal Philips Electronics NV**

**Defendant**

**Samsung Electronics Company, Limited**

**Defendant**

**Samsung Semiconductor, Incorporated**

**Defendant**

**AU Optronics Corporation**

**Defendant**
AU Optronics Corporation America

**Defendant**
Chi Mei Optoelectronics

**Defendant**
Chi Mei Optoelectronics USA, Incorporated

**Defendant**
Sharp Corporation

**Defendant**
Sharp Electronics Corporation

**Defendant**
Toshiba Corporation

**Defendant**
Matsushita Display Technology Company, Limited

**Defendant**
Hitachi, Limited

**Defendant**
Hitachi Displays, Limited

**Defendant**
Hitachi America, Limited

**Defendant**
Hitachi Electronic Devices (USA), Incorporated

**Defendant**
Sanyo Epson Imaging Devices Corporation

**Defendant**
NEC Corporation

**Defendant**
NEC LCD Technologies, Limited

**Defendant**
IDT International, Limited

**Defendant**

International Display Technology Company, Limited

**Defendant**

International Display Technology USA, Incorporated

**Defendant**

Chunghwa Picture Tubes, Limited

**Defendant**

Hannstar Display Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2007 | 1 | COMPLAINT filed by Colette M. Dahm against all defendants, Receipt No: 554931-DT - Fee: $ 350. (CGre) (Entered: 03/07/2007) |
| 05/04/2007 | 2 | INFORMATIONAL COPY of MDL Non-Certified Transfer Order To Northern District of California - MDL # 1827. (SSch) (Entered: 05/07/2007) |
| 05/16/2007 | 3 | INFORMAIONAL COPY of MDL Non-Certified Conditional Transfer Order (CTO-1) To Northern District of California - MDL # 1827. (SSch) (Entered: 05/17/2007) |
| 06/04/2007 | 4 | MDL Certified Conditional Transfer Order (CTO-1) To Northern District of California - MDL # 1827. (SSch) (Entered: 06/05/2007) |
| 06/05/2007 | 5 | NOTICE transferring case to *NORTHERN DISTRICT OF CALIFORNIA*. (SSch) (Entered: 06/05/2007) |